**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT HALL, et al.,

      Plaintiffs,

v.                                  Case No. 15-11428

PLASTIPAK HOLDINGS, INC., et al.,

      Defendants.

_____/

**JUDGMENT**

In accordance with the court's Opinion and Order Granting Defendants' Motion

for Summary Judgment, dated May 25, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plastipak

Holdings, Inc., Plastipak Packaging, Inc., Plastipak Technologies, LLC, Plastipak, and

William Young, and against Plaintiffs, Robert Hall, Ebony Martin, Roderick Smartt,

Jason Trent, and Steve Trent. Dated at Port Huron, Michigan, this 25th day of May

2017.

                                 s/Robert H. Cleland_____
                                ROBERT H. CLELAND
                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 25, 2017, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy
(810) 292-6522